IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TONY M. MIMS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                                                CASE NO. 1D17-2208

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed September 7, 2017.

An appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

Tony M. Mims, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Bureau Chief-
Criminal Appeals, Tallahassee, for Appellee.

PER CURIAM.

        DISMISSED.

ROBERTS, WETHERELL, and ROWE, JJ., CONCUR.